U. S. FIDELITY & GUARANTY Co., y en su representación M. Y. SALDAÑA como Agente General en Puerto Rico, demandante y apelada, *v.* ERNESTO F. SCHLÜTER, haciendo negocios bajo el nombre de SCHLÜTER & Co., SUCR., demandada y apelante.

No. 6193.—*Sometido:* Noviembre 21, 1932. *Resuelto:* Noviembre 25, 1932.

*J. Vendrell,* abogado del apelante; *Guillermo Estrella,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La parte demandante en este pleito nos pide que desestimemos por frívolas las dos apelaciones que en él interpuso

el demandado, una contra la sentencia que lo condena a pagar cierta cantidad de dinero con las costas pero sin incluir honorarios de abogado y otra contra la que enmendó la anterior en el sentido de que la condena en costas comprenda el pago de los honorarios de abogado.

La demanda se funda en que el demandado presentó solicitud a la demandante para que lo garantizara con el Pueblo de Puerto Rico hasta la cantidad de $2,500 de que pagaría los impuestos que se le impusieran sobre sus ingresos (*income tax*), comprometiéndose a satisfacerle la cantidad que por él pagase más los gastos y desembolsos, incluyendo costas y honorarios de abogado, en caso de que el demandado no pagase los referidos impuestos; que descansando en esa solicitud la demandante expidió la fianza interesada en solidaridad con el demandado garantizando que el demandado pagaría dichos impuestos en o antes del 16 de abril de 1932; que vencido ese término y una prórroga que hasta el 15 de junio siguiente concedió el Tesorero de Puerto Rico al demandado para verificar el pago de lo que adeudaba por dicho impuesto, que en ese día montaba a $1,938.44, fué requerida la demandante para que hiciera efectiva esa cantidad más $34.24 de sus intereses al tipo del 1 por ciento mensual, cuya suma de $1,972.68 pagó la demandante y reclama del demandado sin que le haya sido reembolsada por el demandado ni por otra persona en todo o en parte, a pesar de los requerimientos hechos para ello al demandado.

El demandado no hizo alegación alguna contra esa demanda y celebrado el juicio fué dictada la sentencia condenatoria que luego fué enmendada.

Alegando claramente la demanda una acción en cobro del dinero que la demandante pagó por el demandado, y que el demandado se comprometió a devolver a la demandante con las costas con inclusión de los honorarios de abogado y no habiéndose hecho alegación alguna contra ella por el demandado, quien tampoco asistió al juicio, entendemos que esas apelaciones son frívolas y que *deben ser desestimadas.*